DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA EYE HEALTH SUBSIDIARY HOLDINGS, LLC,**
Appellant,

v.

**TOM M. COFFMAN, M.D.,** and
**MADONNA COFFMAN**,
Appellees.

No. 4D2023-2134

[February 15, 2024]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid P. Scott, Judge; L.T. Case No. 50-2023-CA-004961-XXXXMB.

Kenneth E. Chase of Chase Law & Associates, P.A., Miami Beach, for appellant.

Bethany J. M. Pandher, Joseph J. Mamounas and Adrian Nuñez of Greenberg Traurig, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***